**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **LATEASE MARKS**<br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., AND IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., AND PERSONAL CARE PRODUCTS COUNCIL F/K/A COSMETIC, TOILETRY, FRAGRANCE AND ASSOCIATION,**<br><br>　　　　　　**Defendants.** | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:23-CV-979<br><br>DIRECT FILED ACTION<br><br>Case Management Order No. 8 Matter |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiff named below file this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel.  Plaintiff incorporates by reference the allegations contained in *Plaintiffs' Master Long Form  Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products  Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiffs file this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiffs shall add and include them herein.

1

**IDENTIFICATION OF PARTIES**

**Identification of Plaintiffs**

1.      Name of individual injured due to the use of talcum powder product(s): Latease Marks

2.      At the time of the filing of the specific case, Plaintiff is a citizen of Michigan.

3.      Consortium Claim(s):  The following individual alleges damages for loss of consortium: __
       _____ .

4.      Survival and/or Wrongful Death Claims:

        Name and residence of Decedent Plaintiff when she suffered the talcum powder

        product(s) related death:  _____

        _____

5.      Plaintiff/Decedent was born on  March 21, 1980

6.      Plaintiff is filing this case in a representative capacity as the_____ of the _

        _____, having been duly appointed as the _____

        _____ by the _____ Court of _____

        _____ .

7.      As a result of using talcum powder products, Plaintiff/Decedent suffered personal and

        economic injuries that are alleged to have been caused by the use of the products identified

        in Paragraph 16 below, but not limited to, the following:

                ___X___   injury to herself

                _____   injury to the person represented

                _____   wrongful death

                _____   survivorship action

    __X__    economic loss

    __X__    loss of services

    _____    loss of consortium

    _____    other:_____

## Identification of Defendants

8.    Plaintiff(s)/Decedent Plaintiff(s) is/are using the following Defendant(s) (please check all that apply)[1]

    X    Johnson & Johnson
    X    Johnson & Johnson Consumer Inc.
    X    Imerys Talc America, Inc. ("Imerys Talc")
    X    Personal Care Products Council ("PCPC")

### Additional Defendants:

    ☐    Other(s) Defendant(s) (please specify):_____

## JURISDICTION & VENUE

### Jurisdiction:

9.    Jurisdiction in this Short Form Complaint is based on:

    X    Diversity of Citizenship

    ☐    Other (The basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure). _____

### Venue:

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

10.    District Court(s) and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial: _____Eastern District of Michigan, Southern Division_____

## CASE SPECIFIC FACTS

11.    Plaintiffs currently reside in (City, State): Detroit, Michigan

12.    At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury, Plaintiff/Decedent resided in (City, State): Detroit, Michigan          .

13.    The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in: Detroit, Michigan in 2019.

14.    To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder product(s) on or about the following date: 2000 and continued the use of talcum powder product(s) through about the following date 2010.

15.    The Plaintiff/Decedent purchased talcum powder product(s) in the following State(s): ___ Michigan.

16.    Plaintiff/Decedent used the following talcum powder products:

           X        Johnson & Johnson's Baby Powder

           X        Shower to Shower

## CAUSES OF ACTION

17.    Plaintiffs hereby adopt and incorporate by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18.    The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

X☐    Count I:  Products Liability – Strict Liability – Failure
to Warn (Against Imerys Talc)

X☐    Count II:  Products Liability – Strict Liability – Failure
to Warn (Against the Johnson & Johnson Defendants)

X☐    Count III:  Products Liability – Strict Liability –
Defective Manufacturer and Design (Against Imerys
Talc)

X☐    Count IV:  Products Liability – Strict Liability –
Defective Manufacturer and Design (Against the
Johnson & Johnson Defendants)

X☐    Count V:  Breach of Express Warranties (Against the
Johnson & Johnson Defendants)

X☐    Count VI:  Breach of Implied Warranty of Merchantability
(Against the Johnson & Johnson Defendants)

X☐    Count VII:  Breach of Implied Warranty of Fitness for a
Particular Purpose (Against the Johnson & Johnson Defendants)

X☐    Count VIII:  Negligence (Against Imerys Talc)

X☐    Count IX:  Negligence (Against the Johnson & Johnson Defendants)

X☐    Count X:  Negligence (Against PCPC)

X☐    Count XI:  Negligent Misrepresentation (Against the Johnson & Johnson
Defendants)

X☐    Count XII:  Fraud (Against the Johnson & Johnson Defendants)

X☐    Count XIII:  Fraud (Against PCPC)

X☐    Count XIV:  Violation of State Consumer Protection Laws of the State of
Pennsylvania (Against the Johnson & Johnson Defendants).

X☐    Count XV:  Fraudulent Concealment (Against Imerys Talc)

X☐    Count XVI:  Fraudulent Concealment (Against the Johnson & Johnson
Defendants)

X☐    Count XVII:  Fraudulent Concealment (Against PCPC)

X☐    Count XVIII:  Civil Conspiracy (Against All Defendants)

☐    Count XIX:  Loss of Consortium (Against All Defendants)

X☐    Count XX:  Punitive Damages (Against All Defendants)

X☐    Count XXI:  Discovery Rule and Tolling (Against All Defendants)

☐    Count XXII:  Wrongful Death (Against All Defendants)

☐    Count XXIII:  Survival Action (Against All Defendants)

☐    Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above.  If Plaintiff(s) includes additional theories of  recovery, to the extent they require specificity in pleadings, the specific facts  and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure. _____

_____

_____

_____

**WHEREFORE**, Plaintiffs pray for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs  of suit, and such further relief as the Court deems equitable and just, and as set  forth in the Master Long Form Complaint as appropriate.

6

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all claims in this action.


Date: February 20, 2023

Respectfully submitted,

JONES WARD PLC


s/ Alex C. Davis_____
Alex C. Davis
The Pointe
1205 E. Washington St.
Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Facsimile: (502) 587-2007
*Attorneys for Plaintiff*